**Electronically Filed
Supreme Court
SCWC-29037
07-NOV-2012
02:34 PM**

SCWC-29037

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

DEL MONTE FRESH PRODUCE (HAWAII), INC.;
EDWARD C. LITTLETON; STACIE SASAGAWA; TIM HO;
DIXON SUZUKI; and DEL MONTE FRESH PRODUCE COMPANY,
Petitioners/Appellants-Appellants,

vs.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,
LOCAL 142, AFL-CIO, (2006-074),
Respondent/Union/Appellee-Appellee,

and

HAWAII LABOR RELATIONS BOARD,
Respondent/Appellee-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29037; CIV. NO. 07-1-0708)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, and Acoba, JJ.,
Circuit Judge Ahn, in place of Duffy, J., recused,
and Circuit Judge Alm, in place of McKenna, J., recused)

Upon consideration of Petitioners/Appellants-Appellants

Del Monte Fresh Produce (Hawaii), Inc., Edward C. Littleton,

Stacie Sasagawa, Tim Ho, Dixon Suzuki, and Del Monte Fresh

Produce (Hawaii), Inc.'s motion for reconsideration filed on

November 1, 2012, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, November 7, 2012.

Christopher S. Yeh
for petitioners

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Karen S.S. Ahn

/s/ Steven S. Alm



2